IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANELLE COLLINS,<br>    Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 1:17-cv-329<br>) |
| ROBERTS TRUCKING COMPANY, INC.,<br>    Defendant | )<br>)<br>) |

## DISCLOSURE STATEMENT OF
## DEFENDANT ROBERTS TRUCKING COMPANY, INC.

Defendant Roberts Trucking Company, Inc. (properly "Roberts Trucking Company, LLC") ("Roberts Trucking"), by its attorneys, MacDonald, Illig, Jones & Britton LLP, hereby certifies pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 7.1.A.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania, in order to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, that:

1.   Roberts Trucking is a limited liability corporation organized and existing under the laws of the Commonwealth of Pennsylvania with its corporate offices and principal place of business at 5501 Route 89, North East, Pennsylvania 16428.

2.   Roberts Trucking does not have a parent corporation, and no publicly-held corporation owns 10 percent or more of the stock of Roberts Trucking.

3.   No parent company, subsidiary or affiliate of Roberts Trucking has issued shares or debt securities to the public.

- 2 -

Respectfully submitted,

s/ Matthew W. McCullough
Matthew W. McCullough
PA 46950
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7602
(814) 454-4647 FAX
mmccullough@mijb.com

Attorneys for Defendant
   Roberts Trucking Company, Inc.
   (properly "Roberts Trucking Company, LLC")

1538033

**CERTIFICATE OF SERVICE**

I certify that on January 17, 2018, the foregoing Disclosure Statement of Defendant Roberts Trucking Company, Inc. (properly "Roberts Trucking Company, LLC") was filed electronically with the Clerk of Court, using the CM/ECF system.  Notice of this filing will be sent to all parties who have appeared of record by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the Court's ECF system.

                                                                s/Matthew W. McCullough
                                                                 Matthew W. McCullough