IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANELLE COLLINS,  )<br>    Plaintiff )<br> )<br>    v. )<br> )<br>ROBERTS TRUCKING COMPANY, INC )<br>and ROBERTS WAREHOUSING, INC.., )<br>    Defendants ) | Civil Action No. 1:17-cv-329 |

**DISCLOSURE STATEMENT OF
<u>DEFENDANT ROBERTS WAREHOUSING, INC.</u>**

Defendant Roberts Warehousing, Inc. ("Roberts Warehousing"), by its attorneys, MacDonald, Illig, Jones & Britton LLP, hereby certifies pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 7.1.A.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania, in order to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, that:

1.   Roberts Warehousing is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania with its corporate offices and principal place of business at 5501 Route 89, North East, Pennsylvania 16428.

2.   Roberts Warehousing does not have a parent corporation, and no publicly-held corporation owns 10 percent or more of the stock of Roberts Warehousing.

3.   No parent company, subsidiary or affiliate of Roberts Warehousing has issued shares or debt securities to the public.

- 2 -

      Respectfully submitted,

      s/ Matthew W. McCullough
      Matthew W. McCullough
      PA 46950
      MacDONALD, ILLIG, JONES & BRITTON LLP
      100 State Street, Suite 700
      Erie, Pennsylvania 16507-1459
      (814) 870-7602
      (814) 454-4647 FAX
      mmccullough@mijb.com

      Attorneys for Defendant
         Roberts Trucking Company, Inc. (properly
         "Roberts Trucking Company, LLC") and
         Roberts Warehousing, Inc.

1563303

- 2 -

**CERTIFICATE OF SERVICE**

I certify that on March 19, 2018, the foregoing Disclosure Statement of Defendant Roberts Warehousing, Inc. was filed electronically with the Clerk of Court, using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the Court's ECF system.

s/Matthew W. McCullough<br>
Matthew W. McCullough